

**THE ATTORNEY GENERAL**

**OF TEXAS**

AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

July 26, 1947

Hon. Roy Loventhal, Chairman
Livestock Sanitary Commission
2002 W. T. Waggoner Building
Fort Worth, Texas

Opinion No. V-316

Re: The expiration date
of the emergency ap-
propriation for the
Livestock Sanitary
Commission in H. B.
879, 49th Legisla-
ture.

Dear Sir:

In your letter of July 15, 1947, you request
the opinion of this office, upon the question therein
contained, which for convenience we quote, as follows:

"On June 11th, 1945, the Legislature
made available to this Department, through
House Bill 879, an emergency appropriation
in the amount of $10,000.00.

"In the latter part of Section I of
House Bill 879 you will find the follow-
ing wording:

'And the said Commission
shall be entitled to the use and
to the expenditure of said monies
hereby appropriated up to Septem-
ber 1st, 1947.'

"We are advised by Mr. Geo. H. Shep-
pard, Comptroller of Public Accounts, that
the Legislature is not authorized to appro-
priate money for State expenditure for a
period exceeding two years from the date
the appropriation is made available.

"It occurs to us that the two year
limit applies to regular appropriations,
and that it does not apply to appropria-
tions for emergency purposes.

"Due to the fact that the close of
our fiscal year is near and that a consid-
erable amount of the $2,400.00 yet unex-
pended in this appropriation is needed
for materials and supplies, we will appre-
ciate an early response."

It appears that you are under the impression
that the restraint placed upon the Legislature by Sec-
tion 6 of Article III of the Constitution of Texas,
which reads as follows:

" . . . nor shall any appropriation
of money be made for longer term than two
years . . . "

applies only to regular appropriations, but not to appro-
priations for emergency purposes. A careful reading of
H. B. No. 879, (Acts 49th Leg., 1945, p. 531) does not
disclose that the Legislature treated this as an emergen-
cy appropriation. The act merely contained the usual
emergency provisions suspending the constitutional rule
requiring it to be read on three several days in each
House in order that it take effect immediately from and
after its passage. It is, therefore, of no legal sig-
nificance that it may be thus termed an emergency appro-
priation.

It is manifest that the plain language of Sec-
tion 6 of Article VIII of the Constitution, "nor shall
any appropriation of money be made for longer term than
two years," applies to all appropriations whether they
be termed emergency appropriations or regular appropria-
tions. This office has heretofore written several opin-
ions stating what we conceive to be the correct rule of
law, and it would serve no useful purpose to write ex-
tensively upon the same questions again. We enclose
herewith a copy of Opinion No. O-3639, approved June 15,
1941, the last paragraph of which answers your question.
A more extended discussion is found in Opinion No. O-
3651, a copy of which is herewith enclosed. This opin-
ion cites and quotes from several opinions of the courts
of this State which confirm the rule that an appropria-
tion may not be made by the Legislature for a longer
term than two years under the express provisions of Sec-
tion 6 of Article VIII of the Constitution.

Hon. Roy Loventhal, Page 3, V-316

House Bill No. 879, Acts of the 49th Legislature, 1945, was approved June 11, 1945, and became immediately effective on that date, and ceased to be effective at midnight on June 10, 1947, two years thereafter.

You are, therefore, respectfully advised that any balance remaining in this appropriation on June 11, 1947, is no longer available, notwithstanding the Appropriation Act provides, "and the said Commission shall be entitled to the use and to the expenditure of said money hereby appropriated up to September 1, 1947.

## SUMMARY

Section 6 of Article VIII of the Constitution, which provides that no appropriation of money shall be made for a longer term than two years, applies to all appropriations whether termed emergency or regular appropriations. Hence an appropriation effective June 11, 1945, ceases to be effective on June 10, 1947, notwithstanding the Act contains a provision that "the Commission shall be entitled to use . . . the money . . . up to September 1, 1947."

Very truly yours,

ATTORNEY GENERAL OF TEXAS

By

L. P. Lollar
Assistant

APPROVED

ATTORNEY GENERAL

LPL:mmc:mrj